# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANTHONY MCBRIDE**                                                                  **PLAINTIFF**
**#62716**

**v.**                                **Case No. 4:21-cv-00042-KGB**

**DOE**                                                                            **DEFENDANT**

## **ORDER**

Plaintiff Anthony McBride, who is currently an inmate at the Pulaski County Detention Facility, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, naming as the defendant an unidentified Phillips 66 store owner (Dkt. No. 2). Before the Court is Mr. McBride's motion for leave to proceed *in forma pauperis* (Dkt. No. 1).

Pursuant to the Prison Litigation Reform Act, Mr. McBride is required to submit a certificate and a calculation sheet prepared and signed by an authorized official of the incarcerating facility, which reflects the deposits and monthly balances in Mr. McBride's trust account at the facility during the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Mr. McBride submitted a certificate and a calculation sheet; however, neither of these forms is signed by an authorized official of the Pulaski County Detention Facility (Dkt. No. 1, at 3-4). Rather, Mr. McBride signed both forms. Accordingly, Mr. McBride's motion to proceed *in forma pauperis* is denied without prejudice, subject to refiling (Dkt. No. 1).

Within 30 days of the entry of this Order, Mr. McBride must either: (1) pay the $402 filing fee in full; or (2) file a properly completed application to proceed *in forma pauperis*—including a complete affidavit—for the Court's review and consideration. If Mr. McBride does not pay the filing fee or submit a properly completed *in forma pauperis* application within 30 days,

this action will be dismissed without prejudice.  Local Rule 5.5(c)(2) of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.").

The Clerk of the Court is directed to send Mr. McBride a blank application to proceed *in forma pauperis*, including certificate and calculation sheet.

So ordered this 27th of January, 2021.

*Kristine G. Baker*

Kristine G. Baker
United States District Judge